**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KERVIN JEANTY,

                            Plaintiff,

            -against-                                                           25 **CIVIL** 4728 (KMW)

                                                                                **JUDGMENT**

ROCKLAND COUNTY; THE TOWN OF
ORANGETOWN; JWEZ NY, INC.; OFFICE
EVOLUTION CORP.; MARK HEMMETER; JAY
WEZNER; DONALD BUTTERWORTH; PATTI
HARRISON; AND JOHN AND JANE DOES 1 –
8,

                            Defendants.
-----------------------------------------------------------------X

            It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated September 3, 2025, the Court has dismissed Plaintiff's

complaint, filed IFP under 28 U.S.C. § 1915(a)(1), pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

            February 17, 2026

                                                                    **TAMMI M. HELLWIG**
                                                            _____
                                                                       **Clerk of Court**

                                            **BY:**                K. mango
                                                            _____
                                                                       **Deputy Clerk**